IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BANY NYUON,<br><br>                Defendants. | **8:24CR138**<br><br>**ORDER** |

In accordance with the hearing held on January 7, 2025, as to Defendant, Bany Nyuon,

IT IS ORDERED:

1) Defendant, Bany Nyuon's unopposed oral motion to cancel his change of plea hearing and schedule a status conference is granted.

2) A status conference will be held before the undersigned magistrate judge at 10:00 a.m. on March 21, 2025, in Courtroom 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, NE. The defendant and counsel for the parties shall be present in person.

3) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and on March 21, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(6), (7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 7th day of January, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge